# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143724(99)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re Estate of CONNIE MAE
VICKERSON, Deceased

_____

CHARLES VICKERSON, BETTIE
VICKERSON, SHEILA RENTIE, and
MEDDIE JOHNSON,
           Petitioners-Appellees,

v

CONNIE V. COUNCIL,
           Respondent-Appellee,
and

DEBRA LINEAR,
           Respondent-Appellant.

_____/

SC: 143724
COA: 294178
Wayne Probate Ct: 2005-694545-DA

On order of the Court, the motion for reconsideration of this Court's December 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

h0319